**Order entered July 19, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00806-CR
No. 05-16-00807-CR
No. 05-16-00808-CR

**JALEN DEMARCUS FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-34701-T, F12-62676-T, F15-76192-T**

## ORDER

Appellant's July 14, 2016 motions to deem his notices of appeal sufficient and timely or to extend the time to file the notices of appeal are **DENIED AS MOOT**.

The record shows the judgments were signed on June 3, 2016. Because the filing deadline for the notices of appeal fell on a holiday weekend, the deadline was extended to July 5, 2016. *See* TEX. R. APP. P. 4.1(b). The envelope containing appellant's notices of appeal was postmarked on June 30, 2016. The notices of appeal were filed in the trial court on July 6, 2016. The notices of appeal were therefore timely filed. *See* TEX. R. APP. P. 9.2(b).

/s/     ADA BROWN
JUSTICE